IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARMELO SALGADO-LOPEZ,

    Petitioner,

  v.

Case No. 17-cv-780-wmc

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America and against petitioner Carmelo Salgado-Lopez denying Salgado-Lopez's petition for post-conviction relief under 28 U.S.C. § 2255.

| s/ K. Frederickson, Deputy Clerk | October 1, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |